# UNITED STATE DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NNEWARK DIVISION

| | |
|---|---|
| WILLIAM MORALES, individually, and on behalf of the Quest Diagnostics Profit Sharing Plan,<br><br>      Plaintiff,<br>v.<br><br>QUEST DIAGNOSTICS INCORPORATED,<br><br>      Defendants. | Case No. 2:23-cv-00118-ES-AME |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, WILLIAM MORALES, by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(B), hereby stipulates to the dismissal, of the above-captioned action in its entirety without prejudice.

Dated: January 19th, 2023.

                              Respectfully submitted,

                              */s/ Andrew Frisch*
                              **ANDREW FRISCH**
                              NJ Bar No.: 038452000
                              8151 Peters Road, 4th Floor
                              Plantation, FL 33324
                              Telephone: 954-318-0268
                              Email: afrisch@forthepeople.com

                              -and-

                              **MARC R. EDELMAN** (pro hac vice forthcoming)

Florida Bar Number: 0096342
Morgan & Morgan, P.A.
201 N. Franklin St.
7th Floor
Tampa, FL 33602
Main: 813.223.5505
Direct: 813.577.4722
Email: medelman@forthepeople.com

*/s/ Brandon J. Hill*
**BRANDON J. HILL** (*pro hac vice forthcoming*)
Florida Bar Number: 37061
**LUIS A. CABASSA** (*pro hac vice forthcoming*)
Florida Bar Number: 0053643
**AMANDA E. HEYSTEK** (*pro hac vice forthcoming*)
Florida Bar Number: 0285020
**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Ave., Suite 300
Tampa, Florida 33602
Direct: 813-337-7992
Main: 813-224-0431
Facsimile: 813-229-8712
Email: bhill@wfclaw.com
Email: lcabassa@wfclaw.com
Email: aheystek@wfclaw.com

**MICHAEL C. MCKAY** (*pro hac vice forthcoming*)
**MCKAY LAW, LLC**
5635 N. Scottsdale Road, Suite 170
Scottsdale, Arizona 85250
Telephone: (480) 681-7000
Email: mckay@mckay.law

**SO ORDERED.** The Clerk of the Court shall mark this matter **CLOSED.**

_____
**Hon. Esther Salas, U.S.D.J.**
**Dated:** January 20, 2023